[No. 35834-4-II.   Division Two.   April 15, 2008.]

SECURITY SERVICES NORTHWEST, INC., *Appellant*, v. JEFFERSON COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-2-00223-9, Jay B. Roof, J., entered December 13, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.

[No. 36101-9-II.   Division Two.   April 15, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RONNIE JOSEPH ARCHIBALD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-00477-1, John R. Hickman, J., entered March 23, 2007. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 36180-9-II.   Division Two.   April 15, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS TAWAR RIVERA, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-1-00752-1, Jay B. Roof, J., entered March 13, 2007. *Remanded* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Penoyar, J.

[No. 36337-2-II.   Division Two.   April 15, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. REMECO Z. LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 06-1-00324-1, James B. Sawyer II, J., entered May 8, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.